IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY OLIVER,

    Plaintiff,

v.      CASE NO. CV418-100

CITY OF POOLER, a public entity; CITY OF SAVANNAH, a public entity; CITY OF BLOOMINGDALE, a public entity; STATE OF GEORGIA, a state municipality; NATHAN DEAL, in his official capacity as Governor; CHARLES DAVIS, in his individual capacity; ADAM WILLIS, in his individual capacity; MATT LIBBY, in his individual and official capacity; ASHLEY BROWN, individual and official capacity; MARK REVENEW, in his individual an official capacity; BLAIR JEFFCOAT, in his individual and official capacity; DOES 1-10, inclusive; CITY OF PORT WENTWORTH, a public municipality; and ADRIAN GATES, in his individual capacity;

    Defendants.



## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 53), to which objections have been filed (Doc. 55). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in

this case. Plaintiff's objections are without merit. The Magistrate Judge conducted a thorough review of Plaintiff's filing history with this Court and other federal courts. In this Court's view, Plaintiff is plainly a vexatious litigant.

Accordingly, the conditions detailed in <u>Oliver v. County of Chatham, et al.</u>, CV417-101 are hereby imposed in this case. Those conditions are:

(1) In addition to paying the Court's filing fee, Oliver must post a $1,000 contempt bond with the Clerk of Court. This bond will be held by the Clerk of Court and, if Plaintiff has conducted the affairs in his case appropriately, the bond will be returned to him at its conclusion;

(2) Plaintiff must file into this case, and attach to any Complaint he files, a signed affidavit swearing that he has read Federal Rule of Civil Procedure 11 and will abide by its provisions; and

(3) Plaintiff must also attach to his complaint both a photocopy of the Report and Recommendation, recommending dismissal of CV417-101, and the Order dismissing the case.

All deadlines in this case are hereby **STAYED** pending Plaintiff's compliance with these conditions. Plaintiff is also **DIRECTED** that he must file an amended complaint restating any claim he wishes to pursue. Plaintiff's amended complaint is due by **March**

2

8, 2019.¹ Plaintiff is on notice that failure to comply with the conditions in this order and file an amended complaint by March 8, 2019 will result in dismissal of this action.

Because Plaintiff is directed to file an amended complaint, Defendants' Motion to Dismiss (Doc. 6), Motion to Dismiss (Doc. 9), Motion for Extension of Time (Doc. 41), Motion to Dismiss (Doc. 42), and Motion for Leave to File Response (Doc. 45) are **DISMISSED AS MOOT**. Likewise, Plaintiff's Motion to Voluntary Dismissal of Certain Defendants (Doc. 27), Motion to Strike (Doc. 44), and Motion for Writ of Mandamus (Doc. 51) are **DISMISSED AS MOOT**.

SO ORDERED this 28th day of February 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

¹ The report and recommendation initially provided Plaintiff with 30 days from the date that the report and recommendation was issued to file an amended complaint. Although the initial deadline set by the report and recommendation would have required Plaintiff to file his amended complaint by February 28, 2019, this Court has extended this deadline to allow Plaintiff additional time to amend his complaint and comply with the conditions of this order.