IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 19-10011-F

In re: ANTHONY OLIVER,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the
Southern District of Georgia

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this petition is hereby DISMISSED for want of prosecution because the Petitioner Anthony Oliver failed to pay the filing and docketing fees to the clerk of this court within the time fixed by the rules; Petition for writ of mandamus is MOOT due to the clerk's order being entered, effective March 13, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Dionne S. Young, F, Deputy Clerk

FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 13, 2019

Anthony Oliver
PO BOX 847
POOLER, GA 31322

Appeal Number: 19-10011-F
Case Style: In re: Anthony Oliver
District Court Docket No: 4:18-cv-00100-WTM-JEG

Enclosed is the clerk's entry of dismissal of your petition for lack of prosecution pursuant to Eleventh Circuit Rule 42-1(b), which is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

Enclosure(s)