AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Anthony Oliver

Plaintiff,

v.

City of Pooler et al.,

Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV418-100

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated October 29, 2020, Defendant's Motions to Dismiss are Granted. Plaintiff's claims are DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to close this case. This action stands closed.

10/29/2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020